IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-1631 KWR |
| | ) | |
| KAMAL BHULA, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' RESPONSE THE COURT'S
## ORDER FOR SUPPLEMENTAL BRIEFING (Doc. 160)

The United States of America responds to the Court's inquiries lodged in its Order for Supplemental Briefing filed November 12, 2020 (Doc. 160). The Court has inquired of the United States whether or not they intend to go to trial on counts against corporate defendant OMRAM, LLC. Upon further consideration by the United States, the prosecution believes that its original interests in including OMRAM, LLC in the indictments have dissipated due to the changed circumstances of the property that once was the Best Choice Inn.

WHEREFORE, the United States respectfully notices the Court of its intent to file a motion to dismiss OMRAM, LLC from the indictment.

    Respectfully submitted,

    JOHN C. ANDERSON
    Acting United States Attorney

    *Electronically filed 11/24/20*

    LETITIA CARROLL SIMMS
    ALEXANDER M. M. UBALLEZ
    Assistant United States Attorney
    PO Box 607

Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the
foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to defense counsel of record.

*Filed Electronically*
LETITIA CARROLL SIMMS
Assistant United States Attorney