IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   19-CR-1631 DHU |
| | ) |
| PRAGNESHKUMAR PATEL, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEFENDANT PRAGNESHKUMAR PATEL'S WAIVER OF
HIS APPEARANCE THE HEARING SCHEDULED FOR JUNE 14, 2023**

Defendant Pragneshkumar Patel, by and through his counsel of record, Jason Bowles of Bowles Law Firm and Robert Gorence of Gorence & Oliveros, P.C., hereby notifies this Court and the parties, of his waiver of appearance at the hearing scheduled for June 14, 2023.

1. Mr. Patel resides in Alabama.

2. This Court scheduled an Evidentiary Hearing for June 14, 2023.

3. Mr. Patel agrees to waive his appearance at the Evidentiary Hearing and have his counsel appear at the hearing.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Bldg D, Suite 5
Albuquerque, N.M.  87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

-and-

Robert J. Gorence
Gorence & Oliveros, P.C.
300 Central Ave., Suite 1000E
Albuquerque, NM 87102
Phone: (505) 244-0214
Facsimile: (505) 244-0888
Email: gorence@golaw.us

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 2nd day of June, 2023 to:

Counsel Listed through the CM/ECF Filing System

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm