IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 19-CR-1631 JB |
| ) | |
| PRAGNESHKUMAR PATEL, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT PRAGNESHKUMAR PATEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECTIONS TO HIS PRESENTENCE INVESTIGATION REPORT [DOC. 597]**

    Defendant Pragneshkumar Patel, by and through his counsel of record, Jason Bowles of Bowles Law Firm and Robert Gorence of Gorence Law Firm, hereby moves this Court for an extension to file his objections to his Presentence Investigation report (Doc. 597) and in support of his motion states as follows:

    1.    Mr. Patel's PSR (Doc. 597) was disclosed on October 4, 2023.

    2.    Mr. Patel's objections to his PSR are due on or before October 18, 2023.

    3.    Counsel for Mr. Patel, Jason Bowles, starts a 2-3 day civil bench trial in Second Judicial District Court beginning on October 16, 2023, and has several mediations and other deadlines in October.

    4.    Counsel requests thirty (30) day extension to file his objections.

    5.    Assistant United States Attorney, Letitia Simms does not oppose this request.

    WHEREFORE, Mr. Patel respectfully requests this Court enter an order granting him a one week extension to file his objections to his PSR.

Respectfully submitted,

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Bldg D, Suite 5
Albuquerque, N.M.  87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

-and-

Robert J. Gorence
Gorence & Oliveros, P.C.
300 Central Ave., Suite 1000E
Albuquerque, NM 87102
Phone: (505) 244-0214
Facsimile: (505) 244-0888
Email: gorence@golaw.us

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 15th day of October, 2023 to:

Counsel Listed through the CM/ECF Filing System

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm