IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| vs.                                              ) | CR 19-1631 DHU |
| ) | |
| PRAGNESHKUMAR PATEL,       ) | |
| ) | |
| Defendant.       ) | |

**ORDER ON DEFENDANT PRAGNESHKUMAR PATEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECTIONS TO HIS PRESENTENCE INVESTIGATION REPORT [DOC. 597] [Doc. 602]**

THIS MATTER, before the Court on Defendant Pragneshkumar Patel's Unopposed Motion for Extension of time to file his Objections to his Presentence Investigation Report (Doc. 597) [Doc. 602], filed on October 15, 2023, finds the motion is well taken and will be granted.

IT IS HEREBY ORDERED, ADJDUGED AND DECREED that:

1.  Defendant Pragneshkumar Patel's objections to his Presentence Investigation Report (Doc. 597) here due on or before November 17, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm