IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

PRAGNESHKUMAR PATEL, a.k.a. "Pete Patel,",

    *Defendant.*

Criminal No.: 1:19-cr-01631-DHU

### ENTRY OF APPEARANCE

The United States of America notifies the Court that Stephen R. Kotz, hereby enters his appearance as counsel on behalf of the United States.

The United States requests that all notices, pleadings, and correspondence be delivered to the attention of Stephen R. Kotz.

Respectfully submitted,

ALEXANDER M.M UBALLEZ
United States Attorney

Electronically Filed on October 30, 2023
STEPHEN R. KOTZ
Assistant U.S. Attorney
Post Office Box 607
Albuquerque, NM 87103

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which will cause a copy of this filing to be sent to counsel for the Defendant.

*/s/ Stephen R. Kotz*
STEPHEN R. KOTZ
Assistant U.S. Attorney