IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 8 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,
    Petitioner,

v.      Cause No. 1:19-cr-01631-DHU

PRAGNESHJUMAR R. PATEL, a.k.a. "Pete Patel,"
    Defendant.

and

RIVERSTONE BANK, SUCCESSOR BY MERGER TO
FIRST STATE BANK,
    Third-Party Petitioner in Interest.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Giddens & Gatton Law, P.C., (Elizabeth Friedenstein) and hereby enters an appearance on behalf of Third-Party Petitioner in Interest, Riverstone Bank, Successor by Merger to First State Bank.

Respectfully submitted,

GIDDENS & GATTON LAW, P.C.

By: /s/ *Elizabeth Friedenstein*
Submitted electronically 1.18.2024
10400 Academy Road NE, Suite 350
Albuquerque, NM 87111
505-271-1053
505-271-4848 fax
elizabeth@giddenslaw.com

## CERTIFICATE OF SERVICE

I certify that, on the date set forth above, copies of this notice were served to all creditors and parties in interest, either through the notice transmission facilities of CM/ECF or via first class mail, postage prepaid.

/s/ Elizabeth Friedenstein
Submitted electronically 1.18.2024