UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| CR No: CR 19-1631-006 | USA vs.: Patel |
| Date: 2/8/24 | Name of Deft: Pragneshkumar Patel |

Before the Honorable: David Herrera Urias

| | |
|---|---|
| Time In/Out: 2:14 PM-3:39 PM / 3:58 PM-4:58 PM | Total Time in Court (for JS10): 2 hours and 25 minutes |
| Clerk: J. Gonzales | Court Reporter: C. McAlister |
| AUSA: Letitia Simms, Jack Burkhead | Defendant's Counsel: Robert Gorence, Jason Bowles |
| Sentencing in: ABQ | Interpreter: |
| Probation Officer: Robert Sanchez | Interpreter Sworn?  Yes  No |

Convicted on: **X** Plea ___ Verdict   As to: ___ Information  **X** Indictment-Count 8
If Plea: ___ Accepted ___ Not Accepted   Adjudged/Found Guilty on Counts:
If Plea Agreement: **X** Accepted ___ Not Accepted ___ No Plea Agreement   Comments:
Date of Plea/Verdict: 7/13/23   PSR: ___ Not Disputed  **X** Disputed  **X** Courts adopts PSR Findings
Evidentiary Hrg: ___ Not Needed ___ Needed  **X** Exceptions to PSR:

**SENTENCE IMPOSED**   Imprisonment (BOP): 30 months
Supervised Release: 3 years   Probation:
REC: 500-Hour Drug Program ___ BOP Sex Offender Program ___ Other:
ICE: Court recommends ICE begin removal proceedings immediately or during service of sentence ___ ICE not applicable

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ months ___ days |
| | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ___ months ___ days |
| **X** | Participate in mental health treatment program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |

OTHER:
You shall waive your right of confidentiality-mental health
You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s).
You must not communicate, or otherwise interact, with the victim(s), either directly or through someone else.
You must not open new lines of credit, which includes the leasing of any vehicle or other property or use existing credit resources without the prior approval of the supervising probation officer.
You must provide the probation officer access to any requested financial information and authorize the release of any financial information.
You must fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the start of supervision and to timely file all future returns that come due during the period of supervision.
You must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $1,000 without the approval of the supervising probation officer until all financial obligations imposed by this court have been satisfied.
You must cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity.

| | |
|---|---|
| Fine: $ 40,000.00 | Restitution: $ 9,000.00 |
| SPA: $ 100.00 | Payment Schedule: **X** Due Immediately ___ Waived |

| | | | |
|---|---|---|---|
| OTHER: | Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to Jane Doe 1, Jane Doe 2, and Jane Doe 3, in the amount of $3,000 each, for a total of $9,000. Restitution shall be submitted to the Clerk of the Court, Attention Intake, 333 Lomas Boulevard N.W. Suite 270, Albuquerque, New Mexico 87102, to then be forwarded to the victim(s). The restitution will be paid in full immediately pursuant to a stipulation in the plea agreement.<br>Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest in the property outlined in paragraph 18a of the plea agreement, specifically, Real Property located at 7640 Central Avenue Southeast, Albuquerque, New Mexico, 87108, formerly known as the Best Choice Inn. | | |
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FPC Pensacola, FL. |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | Counsel argue positions re: objection to paragraphs 40 and 49.<br>Court sustains objection to paragraphs 40 and 49-enhancement will not apply.<br>Counsel argue positions re: objection to paragraph 46.<br>Court finds weights that are attributed to defendant-BOL is now 24.<br>Counsel argue positions re: enhancement for possession of a dangerous weapon.<br>Court makes findings on drug amounts attributable to defendant-sustains objection to 2 level enhancement for possession of dangerous weapon and 2 level enhancement for manufacturing-sustains 4 level enhancement for being organizer/leader.<br>USPO Sanchez represents that based on rulings defendant qualifies as Zero-point offender-offense level reduced by 2 levels establishing TOL of 19 and CH of I-guideline range 30-37 months.<br>Mr. Gorence requests variance-voluntary surrender-FPC Pensacola, FL.<br>Defendant addresses Court.<br>Ms. Simms requests sentence of 30 months.<br>Mr. Gorence requests self-surrender 2/9/24.<br>Ms. Simms objects to self-surrender.<br>Court finds defendant is not a flight risk-will surrender 2/9/24. | | |