IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Petitioner,

v.                                                         Cause No. 1:19-cr-01631-DHU

**PRAGNESHJUMAR R. PATEL, a.k.a. "Pete Patel,"**

    Defendant.

and

**RIVERSTONE BANK, SUCCESSOR BY MERGER TO FIRST STATE BANK,**
    Third-Party Petitioner in Interest.

NOTICE OF COMPLETION OF BRIEFING

COMES NOW Third-Party Petitioner in Interest, Riverstone Bank, Successor by Merger to First State Bank, by counsel, Giddens & Gatton Law, P.C. (Elizabeth Friedenstein) pursuant to Fed. R. Crim. P.32.(c)(2) and 21 U.S.C. 853(n) and hereby notifies the Court that briefing is complete on Third Party Riverstone Bank's Verified Petition of Interest and Priority of Interest in Property ("The Petition"):

    1. The Petition was filed on January 18, 2024;

    2. The Deadline for Petitioner and Defendant to Respond to the Petition has passed;

    3. No responses to the Petition were filed;

    4. Pursuant to Fed. R. Crim. P.32.(c)(2) and 21 U.S.C. 853(n), briefing on the Petition is complete and a hearing should be held within 30 days.

RESPECTFULLY SUBMITTED,

Giddens & Gatton Law, P.C.

By: */s/Elizabeth Friedenstein*
Elizabeth Friedenstein
10400 Academy NE, Suite 350
Albuquerque, NM 87111
elizabeth@giddenslaw.com
Phone: (505) 271-1053
Fax: (505) 271-4848
*Attorneys for Third-Party Petitioner in Interest*