**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

   *Plaintiff,*

             Criminal No.: 1:19-01631-DHU

   v.

PRAGNESHKUMAR PATEL,a.k.a. "Pete Patel,",

   *Defendant.*

and

RIVERSTONE BANK**,** SUCCESSOR BY MERGER TO
FIRST STATE BANK,

   *Third Party Petitioner.*

## <u>STIPULATED ORDER EXTENDING TIME TO RESPOND</u>

   WHEREAS, Third Party Petitioner Riverstone Bank, Successor By Merger To First State

Bank, filed a motion to determine priority of interest on June 13, 2024 (Doc. 681). The parties

have agreed to an extension of time for the United States to file a response from June 27, 2024,

to July 18, 2024.

   IT IS THEREFORE ORDERED that the time for the United States to respond to the

motion is extended until July 18, 2024.

            _____

            UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

Submitted on June 27, 2024
STEPHEN R. KOTZ
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102

APPROVED:

 _/s/ Elizabeth V. Friedenstein_
GIDDENS & GATTON LAW, P.C.
ELIZABETH V. FRIEDENSTEIN
10400 Academy, Suite 350
Albuquerque, NM 87111
(505) 271-1053 phone
elizabeth@giddenslaw.com
_Attorneys for Third-Party Petitioner in Interest, Riverstone Bank_