IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

PRAGNESHKUMAR PATEL, a.k.a. "Pete Patel,",

    *Defendant.*

and

RIVERSTONE BANK, SUCCESSOR BY MERGER TO
FIRST STATE BANK, AND RAKSHABEN PATEL

    *Third Party Petitioners.*

Criminal No.: 1:19-cr-01631-DHU

## UNOPPOSED MOTION FOR ORDERS DISMISSING REAL PROPERTY AT 7640 CENTRAL AVE. SE AND FORFEITING PROCEEDS IN THE AMOUNT OF $69,991.41

The United States moves for orders dismissing the real property at 7640 Central Ave. SE from this action and forfeiting sale proceeds in the amount of $69,991.41. The grounds for this motion are as follows:

1. The Court issued a Preliminary Order of Forfeiture forfeiting the rights, title, and interest of Defendant Pragneshkumar Patel in real property located at 7640 Central Ave. SE, Albuquerque, New Mexico 87108. (Doc. 592).

2. Subsequently, Third Party Petitioners Riverstone Bank and Rakshaben Patel and the United States entered into a settlement agreement in which the real property would be sold to a third party, the lien held by Riverstone Bank would be paid and the remaining net sale proceeds would be distributed to Rakshaben Patel and the United States as set forth in the agreement. The agreement is attached as Exhibit 1.

3. Subsequently, the property was sold as agreed. The title company administering the sale distributed $69,991.41 to the United States per the settlement agreement.

4. The terms of the settlement agreement have been fully satisfied. Accordingly, the real property should be dismissed, and the sale proceeds paid to the United States should be forfeited.

5. Third Party Petitioners concur in this motion.

WHEREFORE, the United States requests that the Court enter orders dismissing the real property at 7640 Central Ave. SE, Albuquerque, New Mexico 87108 and forfeiting $69,991.41 in sale proceeds distributed to the United States.

Respectfully Submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

<u>Filed on January 2, 2025</u>
STEPHEN R. KOTZ
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing;

_____/s/_____
STEPHEN R. KOTZ
Assistant U.S. Attorney