IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

PRAGNESHKUMAR PATEL, a.k.a. "Pete Patel,",

    *Defendant.*

and

RIVERSTONE BANK, SUCCESSOR BY MERGER TO
FIRST STATE BANK, AND RAKSHABEN PATEL

    *Third Party Petitioners.*

Criminal No.: 1:19-01631-DHU

## STIPULATED ORDER FORFEITING $69,991.42 IN PROCEEDS FROM SALE OF PROPERTY AT 7640 CENTRAL AVENUE SOUTHEAST, ALBUQUERQUE, NEW MEXICO, 87108

THIS MATTER is before the court on the motion of the United States for orders dismissing the real property at 7640 Central Ave. SE from this action and forfeiting sale proceeds in the amount of $69,991.41. (Doc. 688). The Court, having reviewed the motion and fully advised in the premises, finds that it is well taken and should be granted.

Per the settlement agreement among the United States and Third-Party Petitioners $69,991.41 has been paid to the United States from the sale of the real property at 7640 Central Ave. SE in lieu of the real property.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED AS FOLLOWS:

All rights, title, and interest in the $69,991.41 in sale proceeds paid per the settlement agreement are forfeited to the United States and title thereto is vested in the United States.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted By:

*Submitted on January 2, 2025*
Stephen R. Kotz
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
505-206-4176
steve.kotz@usdoj.gov


Approved by:

*/s/ Elizabeth V. Friedenstein*
Friedenstein Law Firm, LLC
2003 Southern Blvd. SE, #102-212
Rio Rancho, NM 87124
505-480-2761
Liz@friedensteinlawfirm.com
*Attorneys for Third-Party Petitioner in Interest, Riverstone Bank*


Bowles Law Firm

*/s/ Jason Bowles*
Jason Bowles
4811 Hardware Dr. NE, Ste D-5
Albuquerque, NM 87109
(505) 217-2680
jason@bowles-lawfirm.com
*Attorney for Third Party Petitioner, Rakshaben R. Patel*